United States District Court
Southern District of Texas
**ENTERED**
July 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALVARO SANCHEZ, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-15-155 |
| | § | |
| WILLIAM STEPHENS, ET AL., | § | |
| Defendants. | § | |

# ORDER

On June 29, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 13]. Defendants have objected [Doc. No. 16] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Defendant's objections, the Court hereby adopts the Magistrate Judge's Report and Recommendation [Doc. No. 13]. Therefore, Alvaro Sanchez's complaint [Doc. No. 1] is dismissed. The Clerk of Court is ordered to refuse any future civil rights complaints from Alvaro Sanchez unless he has the prior permission of a judicial officer to file such a complaint and submits a full pre-payment of the filing fees. Any partial payments made since the date of the Report and Recommendation are to be returned to Mr. Sanchez.

Signed this 22nd day of July, 2016.

Andrew S. Hanen
United States District Judge